

# Fourth Court of Appeals
## San Antonio, Texas

January 21, 2020

No. 04-19-00411-CR

Shandon **KHABAZIAN,**
Appellant

v.

**STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR8957
The Honorable Jennifer Pena, Judge Presiding

# O R D E R

The State's Motion for Extension of Time to File Brief is hereby GRANTED. The appellant's brief is due on February 18, 2020.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of January, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court